# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16-cv-264

| | |
|---|---|
| CHRISTOPHER R. SMITH, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MICHELLE TOLER SMITH, )<br>)<br>Defendant. )<br>) | ORDER |

**THIS MATTER** is before the Court on Sheila G. Passenant's Application for Admission to Practice *Pro Hac Vice* of Kelly A. Powers. It appearing that Kelly A. Powers is a member in good standing with the Massachusetts State Bar and will be appearing with Sheila G. Passenant, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Sheila G. Passenant's Application for Admission to Practice Pro Hac Vice (#4) of Kelly A. Powers is

**GRANTED**, and that Kelly A. Powers is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Sheila G. Passenant.

Signed: August 4, 2016

Dennis L. Howell
United States Magistrate Judge