UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:16-cv-00264-MOC-DLH

| | | |
|---|---|---|
| **CHRISTOPHER R. SMITH,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **MICHELLE TOLLER SMITH,** | ) | |
| | ) | |
| Respondent. | ) | |

**THIS MATTER** is before the court on petitioner's Motion to Amend Paragraph Two of Voluntary Return Order. Having considered petitioner's motion and reviewed the pleadings, including Respondent's Consent and Response (#35), the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that petitioner's Motion to Amend Paragraph Two of Voluntary Return Order (#34) is GRANTED, and the Voluntary Return Order is so AMENDED.

Signed: December 16, 2016

Max O. Cogburn Jr.
United States District Judge

-1-